FILED by _____ D.C.

AO 243 (Rev. 2/95)   MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT
SENTENCE BY A PERSON IN FEDERAL CUSTODY

| UNITED STATES DISTRICT COURT | District SOUTHERN DISTRICT OF FLORIDA |
|---|---|

NOV 16 2010
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

| Name of Movant **REYNALDO ATKINS** | Prisoner No. **14388-016** | Case No. 08-CR-20938-DTKH-MARRA |
|---|---|---|

Place of Confinement
**MOSHANNON VALLEY CORRECTIONAL CENTER 555 I GEO DRIVE, PHILIPSBURG, PA 16866**

cat / div 5:10/2255/Dade

V.   **REYNALDO ATKINS**

Case # _____
(name under which convicted)

Judge _____ Mag White
Motn Ifp N/A   Fee pd $ N/A
Receipt # _____

MOTION

1. Name and location of court which entered the judgment of conviction under attack **U.S. DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA 400 N. MIAMI AVE. RM. 8N09 MIAMI FL 33128**

2. Date of judgment of conviction **AUGUST 8, 2008**

3. Length of sentence **102-MONTHS**

4. Nature of offense involved (all counts) **Conspiracy to possess both cocaine and heroin as well as the substantive count of attempted possession and importation of cocaine and heroin. Atkins was also charged with one count of illegal re-entry after having been deported from the United States**

5. What was your plea? (Check one)
   (a) Not guilty ☐
   (b) Guilty ☒
   (c) Nolo contendere ☐

   If you entered a guilty plea to one count or indictment, and not a guilty plea to another count or indictment, give details:

   _____
   _____
   _____

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury ☐
   (b) Judge only ☐

7. Did you testify at the trial?
   Yes ☐   No ☒

8. Did you appeal from the judgment of conviction?
   Yes ☒   No ☐

. AO 243 (Rev. 2/95)

9. If you did appeal, answer the following:

   (a) Name of court **UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT**

   (b) Result **AFFIRMED**

   (c) Date of result **DECEMBER 29, 2009**

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any federal court?

   Yes ☐     No ☒

11. If your answer to 10 was "yes," give the following information:

   (a) (1) Name of court _____

      (2) Nature of proceeding _____
      _____

      (3) Grounds raised _____
      _____
      _____
      _____
      _____
      _____

      (4) Did you receive an evidentiary hearing on your petition, application or motion?

         Yes ☐     No ☒

      (5) Result _____

      (6) Date of result _____

   (b) As to any second petition, application or motion give the same information:

      (1) Name of court _____

      (2) Nature of proceeding _____
      _____

      (3) Grounds raised _____
      _____
      _____
      _____
      _____

AO 243 (Rev. 2/95)

(4) Did you receive an evidentiary hearing on your petition, application or motion?
    Yes ☐          No ☒

(5) Result _____

(6) Date of result _____

(c) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?
    (1) First petition, etc.          Yes ☐          No ☒
    (2) Second petition, etc.         Yes ☐          No ☒

(d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

12. State *concisely* every ground on which you claim that you are being held in violation of the constitution, laws or treaties of the United States. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting the same.

Caution:    If you fail to set forth all grounds in this motion, you may be barred from presenting additional grounds at a later date.

For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any one of the grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.

(b) Conviction obtained by use of coerced confession.

. AO 243 (Rev. 2/95)

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.

(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.

(e) Conviction obtained by a violation of the privilege against self-incrimination.

(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.

(g) Conviction obtained by a violation of the protection against double jeopardy.

(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.

(i) Denial of effective assistance of counsel.

(h) Denial of right of appeal.

A.   Ground one: **DEFENCE COUNSEL RENDERED INEFFECTIVE ASSISTANCE OF COUNSEL BY FAILING TO INVESTIGATE, INTERVIEW OR AT MINIMUM REVIEW, (PRESENT) PETITIONER''S PASSPORT, AIRLINE TICKET AND CALL WITNESSES DURING SENTENCE**

Supporting FACTS (state *briefly* without citing cases or law)

**SEE THE ATTACHED MEMORANDUM OF LAW IN SUPPORT OF THE ARGUMENT**

B.   Ground two: **WHETHER THE DISTRICT COURT FAILURE TO CONDUCT IN TOTO FACT FINDING ON PETITIONER'S OBJECTION TO THE GROUPING OF THE COUNTS, AND ARGUMENT RELATIVE TO U.S.S.G. § 3D1.2(b) – REQUIRES RE-SENTENCING UNDER RULE 32(1)(3)**

Supporting FACTS (state *briefly* without citing cases or law)

**SEE THE ATTACHED MEMORANDUM OF LAW IN SUPPORT OF THE ARGUMENT**

C.   Ground three: **PETITIONER CONTENDS THAT THE RECORD DOES NOT DEMONSTRATE ADEQUATELY CONSIDERED ALL THE § 3553(a) FACTORS BEFORE IMPOSING THE SENTENCE**

Supporting FACTS (state *briefly* without citing cases or law)

**SEE THE ATTACHED MEMORANDUM IN SUPPORT**

AO 243 (Rev. 2/95)

D.     Ground four: **PETITIONER IS ENTITLED TO AN EVIDENTIARY HEARING ON HIS CLAIM**

Supporting FACTS (state *briefly* without citing cases or law)
**SEE THE ATTACHED MEMORANDUM OF LAW IN SUPPORT OF THE ARGUMENT**

13. If any of the grounds listed in 12A, B, C, and D were not previously presented, state *briefly* what grounds were not so presented, and give your reasons for not presenting them:

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?
    Yes ☐          No ☒

15. Give the name and address, if known, of each attorney who represented you in the following stages of judgment attacked herein:

    (a) At preliminary hearing   **Mauricio L. Aldazabal  2655 LeJeune Road Suite 1001 Coral Gables, Florida 33134**

    (b) At arraignment and plea   **Same**

    (c) At trial   **N/A**

    (d) At sentencing   **Same**

AO 243 (Rev. 2/95)

(e) On appeal _____ **Same** _____

(f) In any post-conviction proceeding _____ **N/A** _____

(g) On appeal from any adverse ruling in a post-conviction proceeding _____ **N/A** _____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?

Yes ☐          No ☒

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?

Yes ☐          No ☒

(a) If so, give name and location of court which imposed sentence to be served in the future: _____ **N/A** _____

(b) Give date and length of the above sentence: _____ **N/A** _____

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?

Yes ☐          No ☒

Wherefore, movant prays that the Court grant petitioner relief to which he or she may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

_____
(Date)

_____
Signature of Movant



EXHIBIT "A"

# Copa Airlines

ATKINS/REYNALDOMR

**PASSENGER RECEIPT 1OF1**

8523317

PANAMA CITY

**NOT VALID FOR*****RETAIN T...**
**TRANSPORTATION***THROUGHOUT**
TICKETS ARE NON-REFUNDABL PENAL...

...FG 17MAR08PTY CM X/MEX AM CJS Q15.00 230.000SM30AM X...
...30.000SM30NUC490.00FMD ROE1.00XT24.21XO22.01UK3.22YR

FP CASH

| | |
|---|---|
| USD | 490.00 |
| PA | 20.00 |
| FZ | 20.00 |
| XT | 49.44 |
| USD | 579.44 |

PRINTED IN U.S.A. BY MAGNETIC TICKET & LABEL CORP., DALLAS, TX

**A709-C**

---

# Copa Airlines

ATKINS/REYNALDOMR

**PASSENGER PAGE 1OF1**

**NOT VALID FOR TRAVEL*1OF1**

| FROM -- TO | AIRLINE | DATE | TIMES | |
|---|---|---|---|---|
| PANAMA CITY -- MEXICO CITY | COPA AIRLINES-COMP... | 17MAR | DEP | 951A |
| COACH CLASS | AIRPORT CHECK-IN | | ARV | 1231P |
| MEXICO CITY -- CIUDAD JUARE | AEROMEXICO AEROVIAS | 17MAR | DEP | 500P |
| COACH CLASS | AIRPORT CHECK IN | | ARV | 635P |
| ... -- MEXICO CITY | AEROMEXICO AEROVIAS | 3APR | DEP | 920A |
| COACH CLASS | AIRPORT CHECK IN | | ARV | 1245P |
| MEXICO CITY -- PANAMA CITY | COPA AIRLINES-COMPAN | ..PR | DEP | 234P |
| COACH CLASS | AIRPORT CHECK IN | | ARV | 614P |

THANK YOU FOR CHOOSING ... ...RLINES

PRINTED IN U.S.A. BY MAGNETIC TICKET & LABEL CORP., DALLAS, TX

**A709-C**

---

# Copa Airlines

ATKINS/REYNALDOMR

PANAMA CITY PTY
CM 447 Q 17MAR QSM30
MEXICO CITY MEX
AM 278 Q 17MAR QSM30
CIUDAD JUAREZ CJS

FBOHIK

MEXICO CITY MEX
AM 259 Q 16APR QSM30
MEXICO CITY MEX
AM 265 Q 16APR QSM30
PANAMA CITY PTY
**NOT VALID FOR TRAV...**

15.00

...FD 2311 21522U3383...

**Ahorre tiempo, imprima su pase de aborn**
**en copaair.com**

---

# Copa Airlines

ATKINS/REYNALDOMR

**** **ITINERARY** **

**Ahorre tiempo, imprima su pase de abord**
**en copaair.com**

EXHIBIT "B"



REPUBLICA DE PANAMA

PASAPORTE
PASSPORT

**ATKINS GUITTENS**

**REINALDO ALONSO**

**PANAMEÑA/PANAMANIAN**

24 DIC / DEC 65

M          PANAMA

25 ABR / APR 07

24 ABR / APR 12

P<PANATKINS<GUITTENS<<REINALDO<ALONSO<<<<<<<
1501572<<5PAN6512242M120424108<<025200767<34

*EXHIBIT B²*

Reynaldo Atkins
BOP# 14388-016; Unit B1
M.V.C.C.
555 I GEO Drive
Philipsburg, PA 16866